IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> **THEODORE VITALIY KHLEBOROD** ) <br> **ANA MILENA BARRERO** ) | CR. NO. 6:17-CR-00426-JMC <br><br> 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(C) <br> 21 U.S.C. § 843(b) <br> 21 U.S.C. § 846 <br><br> <u>SUPERSEDING INDICTMENT</u> |

## COUNT 1

THE GRAND JURY FURTHER CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in 2016, and continuing thereafter, up to and including the date of this Superseding Indictment, in the District of South Carolina and elsewhere, the Defendants, **THEODORE VITALIY KHLEBOROD** and **ANA MILENA BARRERO,** knowingly and intentionally did combine, conspire and agree with each other and others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and to distribute quantities of U47700, butyryl fentanyl, and furanyl fentanyl, all Schedule I controlled substances, and fentanyl and hydrocodone, both Schedule II controlled substances, and that death and serious bodily injury resulted from the use of such substances; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about April 24, 2017, in the District of South Carolina, the Defendant, **ANA MILENA BARRERO**, knowingly and intentionally did use a communication facility, that is, the U.S. Mail, to facilitate the commission of a felony under the Controlled Substances Act, to wit: conspiracy to distribute U47700, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about April 25, 2017, in the District of South Carolina, the Defendant, **ANA MILENA BARRERO**, knowingly and intentionally did use a communication facility, that is, the U.S. Mail, to facilitate the commission of a felony under the Controlled Substances Act, to wit: conspiracy to distribute U47700, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

All in violation of Title 21, United States Code, Section 843(b).

A True Bill

REDACTED

FOREPERSON

BETH DRAKE     (ABM/kar)
UNITED STATES ATTORNEY